**WS HOSPITALITY LLC**
12270 Townsend Rd
Philadelphia, PA 19154

paylocity

Direct Deposit Advice

| **Check Date** | **Voucher Number** |
|---|---|
| September 11, 2026 | 1054 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| SOFI BANK, NATIONAL | C | ***4731 | 2,421.58 |
| **Total Direct Deposits** | | | **2,421.58** |

[redacted] BRTR00 98635 1054 895 [redacted]

Non Negotiable - This is not a check - Non Negotiable

**Sean Barna**
2213 S. Carlisle Street
Philadelphia, PA 19145

**Non Negotiable - This is not a check - Non Negotiable**

## WS HOSPITALITY LLC

**Sean Barna** — **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | **98635** | Fed Taxable Income | **3,287.54** | Check Date | **September 11, 2026** | Voucher Number | **1054** |
| Location | **BRTR00** | Fed Filing Status | **S** | Period Beginning | **August 24, 2026** | Net Pay | **2,421.58** |
| Hourly | **$5.00** | State Filing Status | **S-0** | Period Ending | **September 6, 2026** | Total Hours Worked | **86.97** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Credit Car | | 0.00 | 2,905.23 | 39,767.13 |
| FLSA Quali | 8.63 | 7.27 | 62.74 | 777.06 |
| Gratuities | | 0.00 | 47.08 | 729.35 |
| Overtime | | | | 0.00 |
| Regular | 5.00 | 79.70 | 398.50 | 6,156.10 |
| **Gross Earnings** | | **86.97** | **3,413.55** | **47,429.64** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 383.64 | 4,201.14 |
| MED | 47.67 | 669.46 |
| PA | 100.93 | 1,417.41 |
| PA-PHI1 | 127.50 | 1,773.01 |
| PASUI-E | 2.39 | 33.22 |
| SS | 203.83 | 2,862.53 |
| **Taxes** | **865.96** | **10,956.77** |

| Deductions | Amount | YTD |
|---|---|---|
| Medical Ins | 126.01 | 1,260.10 |
| **Deductions** | **126.01** | **1,260.10** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| SOFI BANK, NATIONAL ASSOCIATION | C | ***4731 | 2,421.58 |
| **Total Direct Deposits** | | | **2,421.58** |

**WS HOSPITALITY LLC**
12270 Townsend Rd
Philadelphia, PA 19154

Direct Deposit Advice

paylocity

**Check Date** September 25, 2026

**Voucher Number** 1102

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| SOFI BANK, NATIONAL | C | ***4731 | 2,041.60 |
| **Total Direct Deposits** | | | **2,041.60** |

[redacted] BRTR00 98635 1102 937 [redacted]

Non Negotiable - This i[redacted] not a check - Non Negotiable

**Sean Barna**
2213 S. Carlisle Street
Philadelphia, PA 19145

## Non Negotiable - This is not a check - Non Negotiable

## WS HOSPITALITY LLC

**Sean Barna** — **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | **98635** | Fed Taxable Income | **2,688.90** | Check Date | **September 25, 2026** | Voucher Number | **1102** |
| Location | **BRTR00** | Fed Filing Status | **S** | Period Beginning | **September 7, 2026** | Net Pay | **2,041.60** |
| Hourly | **$5.00** | State Filing Status | **S-0** | Period Ending | **September 20, 2026** | Total Hours Worked | **82.08** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Credit Car | | 0.00 | 2,353.11 | 42,120.24 |
| FLSA Quali | 8.63 | 3.87 | 33.40 | 810.46 |
| Gratuities | | 0.00 | 37.35 | 766.70 |
| Overtime | | | | 0.00 |
| Regular | 5.00 | 78.21 | 391.05 | 6,547.15 |
| **Gross Earnings** | | **82.08** | **2,814.91** | **50,244.55** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 251.94 | 4,453.08 |
| MED | 38.99 | 708.45 |
| PA | 82.55 | 1,499.96 |
| PA-PHI1 | 105.14 | 1,878.15 |
| PASUI-E | 1.97 | 35.19 |
| SS | 166.71 | 3,029.24 |
| **Taxes** | **647.30** | **11,604.07** |

| Deductions | Amount | YTD |
|---|---|---|
| Medical Ins | 126.01 | 1,386.11 |
| **Deductions** | **126.01** | **1,386.11** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| SOFI BANK, NATIONAL ASSOCIATION | C | ***4731 | 2,041.60 |
| **Total Direct Deposits** | | | **2,041.60** |

**WS HOSPITALITY LLC**
12270 Townsend Rd
Philadelphia, PA 19154

Direct Deposit Advice

| **Check Date** | **Voucher Number** |
|---|---|
| October 9, 2026 | 1150 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| SOFI BANK, NATIONAL | C | ***4731 | 2,034.18 |
| **Total Direct Deposits** | | | **2,034.18** |

[redacted] BRTR00 98635 1150 979 [redacted]

N[redacted] Negotiable - This [redacted] not a check - Non Negotiable

**Sean Barna**
2213 S. Carlisle Street
Philadelphia, PA 19145

## Non Negotiable - This is not a check - Non Negotiable

## WS HOSPITALITY LLC

**Sean Barna** — **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | **98635** | Fed Taxable Income | **2,677.21** | Check Date | **October 9, 2026** | Voucher Number | **1150** |
| Location | **BRTR00** | Fed Filing Status | **S** | Period Beginning | **September 21, 2026** | Net Pay | **2,034.18** |
| Hourly | **$5.00** | State Filing Status | **S-0** | Period Ending | **October 4, 2026** | Total Hours Worked | **69.70** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Credit Car | | 0.00 | 2,376.13 | 44,496.37 |
| FLSA Quali | | | | 810.46 |
| Gratuities | | 0.00 | 78.59 | 845.29 |
| Overtime | | | | 0.00 |
| Regular | 5.00 | 69.70 | 348.50 | 6,895.65 |
| **Gross Earnings** | | **69.70** | **2,803.22** | **53,047.77** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 249.37 | 4,702.45 |
| MED | 38.82 | 747.27 |
| PA | 82.19 | 1,582.15 |
| PA-PHI1 | 104.70 | 1,982.85 |
| PASUI-E | 1.96 | 37.15 |
| SS | 165.99 | 3,195.23 |
| **Taxes** | **643.03** | **12,247.10** |

| Deductions | Amount | YTD |
|---|---|---|
| Medical Ins | 126.01 | 1,512.12 |
| **Deductions** | **126.01** | **1,512.12** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| SOFI BANK, NATIONAL ASSOCIATION | C | ***4731 | 2,034.18 |
| **Total Direct Deposits** | | | **2,034.18** |

**WS HOSPITALITY LLC**
12270 Townsend Rd
Philadelphia, PA 19154

Direct Deposit Advice

| **Check Date** | **Voucher Number** |
|---|---|
| October 23, 2026 | 1196 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| SOFI BANK, NATIONAL | C | ***4731 | 1,703.11 |
| **Total Direct Deposits** | | | **1,703.11** |

[redacted] BRTR00 98635 1196 1019 [redacted]

N[redacted] Negotiable - This i[redacted] not a check - Non Negotiable

**Sean Barna**
2213 S. Carlisle Street
Philadelphia, PA 19145

## Non Negotiable - This is not a check - Non Negotiable

## WS HOSPITALITY LLC

**Sean Barna**

**Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | **98635** | Fed Taxable Income | **2,210.36** | Check Date | **October 23, 2026** | Voucher Number | **1196** |
| Location | **BRTR00** | Fed Filing Status | **S** | Period Beginning | **October 5, 2026** | Net Pay | **1,703.11** |
| Hourly | **$5.00** | State Filing Status | **S-0** | Period Ending | **October 18, 2026** | Total Hours Worked | **71.22** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Credit Car | | 0.00 | 1,919.45 | 46,415.82 |
| FLSA Quali | | | | 810.46 |
| Gratuities | | 0.00 | 57.07 | 902.36 |
| Overtime | | | | 0.00 |
| Regular | 5.00 | 69.72 | 348.60 | 7,255.50 |
| Regular | 7.50 | 1.50 | 11.25 | |
| **Gross Earnings** | | **71.22** | **2,336.37** | **55,384.14** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 181.40 | 4,883.85 |
| MED | 32.05 | 779.32 |
| PA | 67.86 | 1,650.01 |
| PA-PHI1 | 87.26 | 2,070.11 |
| PASUI-E | 1.64 | 38.79 |
| SS | 137.04 | 3,332.27 |
| **Taxes** | **507.25** | **12,754.35** |

| Deductions | Amount | YTD |
|---|---|---|
| Medical Ins | 126.01 | 1,638.13 |
| **Deductions** | **126.01** | **1,638.13** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| SOFI BANK, NATIONAL ASSOCIATION | C | ***4731 | 1,703.11 |
| **Total Direct Deposits** | | | **1,703.11** |