# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Sean Barna,<br><br>Debtor. | Case No. 26-14613-PMM<br><br>Chapter 13 |

## Certificate of Service

I, Michael A. Cibik, certify that on November 2, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: November 2, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service: CM/ECF**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

## Method of Service: First Class Mail

Affirm, Inc.
Attn: Bankruptcy
30 Isabella St Fl 4
Pittsburgh, PA 15212-5862

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Central Texas Regional Mobility Authority
Attn: Bankruptcy
3300 N Interstate Hwy 35 Suite 300
Austin, TX 78705-1857

Chase Card Services
Po Box 15298
Wilmington, DE 19850-5298

Happy Money
Attn: Bankruptcy
21515 Hawthorne Blvd, Ste 200
Torrence, CA 90503

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Jefferson Capital Systems, LLC
Attn: Bankruptcy
P.O. Box 7999
Saint Cloud, MN 56302-9617

Kansas Turnpike Authority
Attn: Bankruptcy
9401 E Kellogg Dr
Eastborough, KS 67207

Lending Club
Attn: Bankruptcy
595 Market Street, Suite 200
San Francisco, CA 94105

Maryland Transportation Authority
c/o Central Collection Unit
300 W Preston St
Baltimore, MD 21201-2308

Mrc/united Wholesale M
Attn: Bankruptcy P. O. Box 619098
Dallas, TX 75261-9741

Murray Dental Group
Attn: Bankruptcy
1512 Grand Ave #202
Glenwood Springs, CO 81601-3845

Nelnet
Attn: Bankruptcy
121 S 13th St
Lincoln, NE 68508-1904

NYC Department of Finance
Legal Affairs Division
375 Pearl St 30th Floor
New York, NY 10038-1442

Parking Violations Bureau
Attn: Bankruptcy
210 Joralemon St
Downtown Brooklyn, NY 11201-3743

Partners Federal Credit Union
Attn: Bankruptcy
PO Box 10000
Lake Buena Vista, FL 32830-1000

PECO Energy Company
Attn: Bankruptcy
2301 Market St
Philadelphia, PA 19103-1338

Pennsylvania Dept. of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Philadelphia Parking Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

TD Bank/Raymour & Flanigan
Attn: Bankruptcy
1701 Rt. 70 East
Cherry Hill, NJ 08003

Upstart Network Inc
P.o. Box 1503
San Carlos, CA 94070

Water Revenue Bureau
c/o Pamela Elchert Thurmond
Tax Lit & Collections Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617